## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HOWARD COHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-cv-10309 |
| | ) | |
| v. | ) | Honorable Joan H. Lefkow |
| | ) | Magistrate M. David Weisman |
| 1031 RUSH, INC., d/b/a TAVERN ON RUSH, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT NOTICE OF SETTLEMENT

Plaintiff Howard Cohan and Defendant 1031 Rush, Inc. ("the Parties"), by and through their undersigned counsel, jointly give notice that the Parties have reached an agreement to resolve this matter. As such, the Parties respectfully request that the Court retain continuing jurisdiction over this matter pending the filing of a Stipulation of Dismissal, which the Parties expect will follow on or before the Parties' next status hearing set for April 25, 2017. The Parties further request that this Court stay any pending deadlines in this matter.

Dated: March 31, 2017                                   Respectfully submitted,

**HOWARD COHAN**                                        **1031 RUSH, INC.**

By: /s/ Jason S. Weiss*                                 By: /s/ James F. Botana
      His Attorney                                      One of Its Attorneys

Jason S. Weiss                                          James F. Botana
Weiss Law Group, PA                                     Melanie I. Stewart
5531 N. University Drive, Suite 103                     Sarah J. Gasperini
Coral Springs, FL 33067                                 Jackson Lewis P.C.
Tel:  954-573-2800                                      150 N. Michigan Ave., Suite 2500
Fax:  954.573.2798                                      Chicago, Illinois 60601
Email: jason@jswlawyer.com                              Tel:  312.787.4949
                                                        Fax:  312.787.4995

\* E-signature affixed by Defendant's counsel with      Email: botanaj@jacksonlewis.com
consent of Plaintiff's counsel.                                melanie.stewart@jacksonlewis.com
                                                               gasperis@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I, James F. Botana, an attorney, certify that on March 31, 2017 I caused the foregoing **JOINT NOTICE OF SETTLEMENT** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system, including:

/s/ James F. Botana


James F. Botana
Melanie I. Stewart
Sarah J. Gasperini
Jackson Lewis P.C.
150 N. Michigan Ave., Suite 2500
Chicago, Illinois 60601
Tel:   312.787.4949
Fax:   312.787.4995
Email: botanaj@jacksonlewis.com
       melanie.stewart@jacksonlewis.com
       gasperis@jacksonlewis.com