IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-cv-10309 |
| ) | |
| v. ) | Honorable Joan H. Lefkow |
| ) | Magistrate M. David Weisman |
| 1031 RUSH, INC., d/b/a TAVERN ON RUSH, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Howard Cohan and Defendant 1031 Rush, Inc. ("the Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of this action, in its entirety, with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: April 25, 2017                                    Respectfully submitted,

**HOWARD COHAN**                                    **1031 RUSH, INC.**

By: /s/ Jason S. Weiss                                    By: /s/ James F. Botana
      His Attorney                                              One of Its Attorneys

Jason S. Weiss                                          James F. Botana
Weiss Law Group, PA                                     Melanie I. Stewart
5531 N. University Drive, Suite 103                    Sarah J. Gasperini
Coral Springs, FL 33067                                 Jackson Lewis P.C.
Tel:   954-573-2800                                     150 N. Michigan Ave., Suite 2500
Fax:   954.573.2798                                     Chicago, Illinois 60601
Email: jason@jswlawyer.com                              Tel:   312.787.4949
                                                        Fax:   312.787.4995
                                                        Email: botanaj@jacksonlewis.com
                                                               melanie.stewart@jacksonlewis.com
                                                               gasperis@jacksonlewis.com